## JAMES et al. v. J. S. WILLIAMS & SON, Inc.

### No. 4336.

Court of Appeal of Louisiana. Second Circuit.

March 6, 1933.

■

For former opinion, see 143 So. 84.

Foster, Hall, Barret & Smith, of Shreveport, for appellant.

Thatcher, Browne, Porteous & Myers and Irion & Switzer, all of Shreveport, for appellee.

MILLS, Judge.

After carefully reading the record in this matter and the cases cited, we think the former opinion rendered is correct.

It is therefore reinstated and made the final judgment of this court.